AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00296 |
| Predrag Jovanovic | ) Assigned To Judge G. Michael Harvey |
| DOB: XXXXXX | ) Assign. Date : 9/20/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers, |
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly and Disruptive Conduct in a Capitol Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(E) | Impeding Passage Through the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

_____, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __09/20/2024__                    _____
                                         Judge's signature

City and state:   __Washington, D.C.__      G. Michael Harvey, U.S. Magistrate Judge
                                              Printed name and title