UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America :
:
v. :
: Case No. 24-000296
Predrag Jovanovic :

## DECLARATION
Condition of release prohibiting firearm possession

    I Predrag Jovanovic herby declare the following related to the constructive possession of a Beretta Pistol serial no. PZ06623 located within the curtilage of 48 Williams Road, Piles Grove New Jersey 08098. I am ordered not to possess a firearm as part of my conditions of release. I have attempted to contact the owner of the above identified firearm with no success to take the firearm from said property. I have contacted the Pilesgrove Police, The New Jersey State Police, and the United States Marshal to take custody of this firearm until the pendency of the above matter is concluded. All said law enforcement agencies refuse to take possession of the firearm. I am unable to lawfully transport the firearm off my property because I do not possess a gun permit. I have presented this dilemma to the government, Pretrial Services in the District of Columbia and Magistrate Judge Moxila A. Upadhyaya during the initial October 15, 2024, initial appearance and release hearing. It was agreed by the parties that I have the gun secured in a locked container within a locked room within a secured outbuilding on my property. I do not have access to the key to the locked container nor to the locked room the secured gun is within. The key is possessed by my partner Karla Lehnhoff who will exclusively control access to both the locked gun container and locked room and will not provide access to anyone, save Pre-Trial Services, during the pendency of this matter. I will also continue to try to find other means to have this firearm lawfully removed from my property and will keep Pre-Trial Services aware of any developments which may cause the firearm to be successfully removed from my property.

    I, Predrag Jovanovic, declare under penalty of perjury that the above facts are true and correct, and I will have no access to this firearm:

Date 10/30/2024

_____
Predrag Jovanovic

    I, Karla Lehnhoff of 48 Willaims Road, Pilesgrove, New Jersey 08098 declare under penalty of perjury that the above facts are true and correct: I will solely and exclusively control Berretta Pistol within a locked container within a locked room in the secured outbuilding on our property. I will only allow access to the firearm to Pre-Trial Services in conducting their duties of supervision of Predrag Jovanovic.

Date 10/30/2024

_Karla Lehnhoff_
Karla Lehnhoff